AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Eastern District of Louisiana |
|---|---|
| Name Rondy Vernon, Sr. | Prisoner No. | Case No. 07-7608 |
| Place of Confinement Camp C Wolf-2 Dormitory Louisiana State Penitentiary Angola, Louisiana 70712 | |
| Name of Petitioner (include name under which convicted) Rondy Vernon, Sr. | Name of Respondent (authorized person having custody of petitioner) Burl Cain (Warden) La. State Penitentiary |
| The Attorney General of the State of: Charles Foti | |

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA
FILED NOV - 7 2007
LORETTA G. WHYTE CLERK

SECT. A MAG. 4

## PETITION

1. Name and location of court which entered the judgment of conviction under attack 22nd Judicial District Court, Parish of Washington, State of Louisiana

2. Date of judgment of conviction March 9, 2001

3. Length of sentence Life

4. Nature of offense involved (all counts) Second Degree Murder

5. What was your plea? (Check one)
   - (a) Not guilty ☑
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☑
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

TENDERED FOR FILING
OCT 26 2007
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee Pauper
Process
X Dktd
CtRmDep
Doc. No

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court 1ST CIRCUIT COURT OF APPEAL, DOCKET NO.: 2001-KA-2104

(b) Result DENIED

(c) Date of result and citation, if known SEPTEMBER 30, 2002

(d) Grounds raised CHANGE OF VENUE, MISSING TRANSCRIPTS (A) TRANSCRIPTS OF HEARING OF APPELLANT'S PRO SE MOTION TO REMOVE COUNSEL FOR INEFF. ASSIST. OF COUNSEL (B) DAUBERT HEARING TRANSCRIPTS.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court LOUISIANA STATE SUPREME COURT, DOCKET NO.: 2002-KO-3011

(2) Result DENIED

(3) Date of result and citation, if known SEPTEMBER 19, 2003; CITE 853 So. 2d 632

(4) Grounds raised CHANGE OF VENUE, MISSING TRANSCRIPTS

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court 22ND JUDICIAL DISTRICT COURT, PARISH OF WASHINGTON

(2) Nature of proceeding (A) APPLICATION FOR POST CONVICTION RELIEF, AND (B) SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF POST CONVICTION RELIEF APPLICATION

(3) Grounds raised (A) INEFFECTIVE ASSISTANCE OF COUNSEL, INEFFECTIVE ASSISTANCE OF COUNSEL ON APPEAL, CUMULATIVE ERROR, BRADY VIOLATIONS, PETITIONER WAS CONVICTED DUE TO

AO 241 (Rev. 5/85)

PERJURED TESTIMONY, PROSECURIAL MISCONDUCT (B.) PETITIONER FILED CLAIMS IN SUPPORT OF HIS P.C.R.A. (SKELETON / SHELL BRIEF) DUE TO THE DISTRICT ATTORNEY NOT HONORING JUDGE COADY'S (3) RULINGS CONCERNING PETITIONER'S DISTRICT ATTORNEY'S FILES.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result A.P.C.R. (SKELETON BRIEF) "MOOT"; SUPPLEMENTAL BRIEF "DENIED"

(6) Date of result AUGUST 19, 2005, PETITIONER RECEIVED BOTH RULINGS

(b) As to any second petition, application or motion give the same information:

(1) Name of court FIRST CIRCUIT COURT OF APPEAL

(2) Name of proceeding WRIT OF REVIEW FROM THE 22ND J.D. Ct.

(3) Grounds raised (A.) INEFF. ASSIST. OF COUNSEL, INEFF. ASSIST. OF COUNSEL ON APPEAL, CUMULATIVE ERRORS, BRADY VIOLATIONS, PETITIONER WAS CONVICTED DUE TO PERJURED TESTIMONY, PROSECURIAL MISCONDUCT (B.) PETITIONER FILED CLAIMS IN SUPPORT OF HIS A.P.C.R. (SKELETON BRIEF); DUE TO THE D.A.'S OFFICE NOT HONORING JUDGE COADY'S (3) RULINGS CONCERNING HIS D.A.'S FILES.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result DENIED

(6) Date of result AUGUST 21, 2006, DOCKET NO.: 2006-KW-1063

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☑ No ☐

(2) Second petition, etc. Yes ☐ No ☐

FIRST PETITION, WITH AN SUPPLEMENTAL BRIEF

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: SEE MEMORANDUM IN SUPPORT OF WRIT OF HABEAS CORPUS

Supporting FACTS (state *briefly* without citing cases or law):

B. Ground two: SEE MEMORANDUM IN SUPPORT OF WRIT OF HABEAS CORPUS

Supporting FACTS (state *briefly* without citing cases or law):

   AO 241 (Rev. 5/85)

C. Ground three: See Memorandum in Support of Writ of Habeas Corpus

Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four: See Memorandum in Support of Writ of Habeas Corpus

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Petitioner Filed A "Skeleton Brief" for Post Conviction Relief; six (6) Assignments of Errors, the Trial Judge Granted Petitioner (3) Times His D.A.'s Files and as of yet no Reply. Petitioner Filed an Supplemental Brief to His Skeleton Brief in Support of All errors except for one (1) Claim, Brady Violations.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Winthrop G. Gardner, 1st N.B.C. Bldg, 210 Baronne St. Suite 1800, New Orleans, LA. 70112
(b) At arraignment and plea Winthrop G. Gardner, 1st N.B.C. Bldg, 210 Baronne St. Suite 1800, N.O. LA. 70112 -- Later License Suspended, New Attorney's Appointed.

AO 241 (Rev. 5/85)

(c) At trial William "Bill" Alford and James Kevin McMary, P.O. Box 316, 1123 S. Tyler St. Covington, La. 70434

(d) At sentencing James Kevin McMary, P.O. 316, 1123 S. Tyler St. Covington Louisiana 70434

(e) On appeal Ms. Holli Herrle-Castillo, P.O. Box 2333, Marrero, Louisiana 70073

(f) In any post-conviction proceeding Pro se

(g) On appeal from any adverse ruling in a post-conviction proceeding Pro se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☑
AT THE INITIATION OF PROSECUTION, ON MORE THAN ONE INDICTMENT IN THE COURT

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence: N. A.

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐ NO OTHER CHARGES PENDING.

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/ /07
Date

Randy Vernon, Jr., Pro se
Signature of Petitioner