April 1, 1998

Mr. J. Kevin McNary
Attorney At Law
1123 S. Tyler St.
P. O. Box 316
Covington, Louisiana 70434

Mr. McNary:

I am writing you in regards of the two (2) subpoenas I recei
today Wednesday, April 1st 1998 For Felony Trial on the 27
of April 1998.....

Are you aware of these subpoenas for Trial April 27th 1998,
prepared For it? Mr. McNary, you haven't since came to see
or even sent the Investigator David Bulloch to come and ta
to me concerning this case.

I am aware of you and David Bulloch being aware of this
but theirs a lot more important information that you all have
know that I haven't brought to no-ones Attention because I
been with-wholding it back For trial. This information can sho
that she and I really did have an relationship, but, if I am
ing its because Edna lied to me about her Family in the pa
the pass 27 months of us knowing each other.....

Mr. McNary, this matter is confidential at this ~~stag~~ stage
but, it is necessary For you to know before pre-trial. For
you to send David Bulloch to investigate the information
to see if she lied to me... I am only trying to help show tha
I didn't Abduct Edna From no-where, she asked me to take

I e.c.

04-27-1998

Mr. J. Kevin McNary
Attorney At Law
1123 S. Tyler Street
P.O. Box 316
Covington, LA. 70434

Dear Mr. McNary:

I am writting you on behalf of our last talk on the 9th day of April, 1998 And in-Regards of my case.

Our last talk we had, I gather from your attitude you are allowing others, sympathy, Race and etc.... Interfer with your knowledge of the law in Representing me to the best of your ability.

I have kept this case confidential to myself because at this stage in my life and case, I really don't know who is going to Represent me to their best ability. Because we both know that this is a Highly Publicly Case, thats outrageous, Politically, And Racest Motivated Case, from the D.A.s Office here in Washington and St. Tammany Parishes.

Failure to supply the Court with, (1) why the victim Edna McCaine didn't call in For a Police Escort to the Bank For the nite deposit, (2) why did she throw the knife out the car at the store (3) The travel direction that the police stated we travel is lies (4) The stores Might still have in video of all us in her in Louisiana and Texas where we got gas and etc..... on the 5th day of Dec. 1996 (5) The Motel in El Paso, the Bus Stati

II c.c.

Leaving Friday Morning (6) The Motel in Albuquerque
N.M., thats on Central Ave. ⑦ On the 7th day of Dec.
1996 they had a parade that day in Albuquerque ⑧ I
Left the Motel Saturday Evening at 6:00 O'clock p.m.
and stay on the Street all that nite up until Sunday
Morning 8th day of Dec. then went to a Homeless house
to Rest and etc.... (9) On the 5th day the Hight-Way
Department was working on the Interstate heading west
to El Paso, Texas, if by chance they don't Remember, you
can get there work-sheet showing to the Courts that
I can not be in two places at once. (10) My job give
drugs testes when ever they pick your name on the comp-
uter (10) We didn't go to my job to get my check on
5th day of Dec. 1996 my Mother had to go get my check
And she cashed it here in town (Franklinton) and etc...

Mr. McNary, I don't have BLACK OUTs And I'm
Not A LUNATIC NUT, like the D.A. has decided
to you that I'm, in his eyes, the eye of the behold-
er. If by chance, you are not going to furnish
the Courts with the above Evidences, in helping me.

I'm Asking you As being my Attorney that
you should file A motion to be dismissed off
this case, because you have no intention on Repr-
esenting me to the best of your Ability. Because
you are Allowing Sympathy overcome Reason and if
you let Sympathy overcome Reason, then Sympathy become
to this case what Race was to another case.

The odds Are Against me here so I have to
supply evidence to the Courts in order to show the

that the D.A's case is lies and the statement as well, in order to try to get a half a decent trial. The Burden isn't upon the defendant the burden is upon the state..... but in my case the burden is upon me as well, because this is a highly politically and Racest Motivated case And I got to get it moved out of Washington and St. Tammany Parishes. And this is the only way we can prove that we didn't travel to Texas the way they said we did, by you sending David Bulloch the way I have told you and both the doctors as well as my ol' Attorney Winthrop Gardner.

Mr. McKay, I just want all my evidence Furnished in my behalf and I need to tell the truth about Edna and I Relationship and bring out everything to the public eye about this case, the truth. My life is on the Line, I am going to tell everything I know About Edna and Why this happen and why that happen......

I am bring this matter to your attention leting you Know I am ready to battle these people in the 22nd Judicial District Court if you or who ever send the investigator the way I tell them to go and where, you will see that I am telling you the truth.

Please informed me of your decision on what you are going to do.

Sincerely
Rendy Vernon
04-27-1998

(I)

05-19-98

Mr. J. Kevin McNary
1123 S. Tyler St.
P.O. Box 316
Covington, La. 70434

Mr. McNary,

I Remembered something that may can help us prov
the direction we (Edna and I) traveled to El Paso, T
When we was headed toward Kentwood, La. I can Rem
ember a W.P.S.O. Unit car turn on to Highway 38 head
ing toward Mt. Hermon, La. that particular Nite on Dec.
1996 between the hours of 10:30 and 11:30 the actual time
I don't know but I do know it was between the above ti
    All you have to do is have your investigator to check the
work-sheet Log-book here at the W.P.S. Office to see who wa
on duty that Nite in the Mt. Hermon area on Highway 38
heading toward Mt. Hermon around the above time, within a
hour on that particular Nite. If I'm not mis-taken the P
ice Unit turned off of the Sunny Hill Rd. (Hwy. 450) onto Hi
way 38 heading toward Mt. Hermon. We met the Police U
turning on high-way 38 after he stopped for the stop sign...

    Now if by chance the officer wasn't on duty, they
do have several officers live out there off high-way 38
just may-be one of them will tell the truth that he wa
in his Unit that Nite and turn on high-way 38 heading
toward Mt. Hermon.

(II)

Here is a Illstration that I am talking about

Toward Kentwood, LA.

Police Unit in Red

(Sunny Hill Road)
( High-way 450 )

High-way 38

Edna and I in blue

Time between 10:30 & 11:3
Heading toward Kentwood
when we met the W.P.S.
Police Unit

Police Unit turn
onto 38 Heading
toward Mt. Hermon
12-04-1996

You have the other sheet when we enter into Kentwood
LA. where the Police Units was Parked on that corner
in front of that particular store

(11)

then we got on Interstate 55 and drove North to JACKSON, Ms. to Interstate 20 heading West w didn't stop to get gas until we got on the othe side of MONROE, LA. we stop at a Service Station just pass the exit to Grambling University I drov pass at least 2 to 3 exits before stoping for gas th nite. Now this is EARLY Thursday Morning 12-05-9 between the hours of 1:00 O'clock & 4:00 O'clock A.M. I ca Remember the actual time. A older Man was working with a young lady and there was a man parked out side the Services Station that Morning he was sit in his car. I paid for gas and a pack of Kools cigar etts Edna was sitting in the car. The video will sh I went into the gas station and did as I said, and those three person can verify it as well, if I'm not m taken it was a Chevron Station, but, I'm not sure of the name of the station. The three persons was whit at the gas station......

This way help you show proof of the direction we travel and not the way they said we went and I didn't Kidnapped or Rob or Murdered Edna, Edn ██████

toke the money herself for her friend, but, I don't Kn if she gave it to him before I got to the store or she put it away somewhere when I was sleep. That's why s told me she didn't call-in to the Franklinton Police Depar ent for a escort to the bank but she didn't tell me this until we was out before we got...

2.3

( IV )

LA. because I thought she was talking About her
Sister that lite on High-WAY 313 NoRth of Kentwood
but thats when she Remined me of her Sister that li
in Shreveport, LA.

Well I do pray that this information will help
us in showing the direction we traveled to El Paso
And do hope you will check this out please . . . . . .


Sincerely Yours

Randy Vernon
05-19-98

(I.)

07-20-98

Mr. Kevin McNary
Attorney At Law
1123 S. Tyler St.
P.O. Box 316
Covington, LA. 70434

EX
A'

Dear McNary:

I have notice that the STATE isn't bring up the fact
that Edna McCain worked two jobs, Washington Parish
Gas District #2 located on 215 11th Ave. here in t[own?]
Klinton, LA. (504) 839-5026 and at K's Convenient Store o[n]
Mill St. also here in Franklinton, LA.

Mr. McNary, Edna and I have known each for 27 month[s]
and a sexual relationship at the time of this incide[nt]
supposely had take place.

Edna McCain is a native of Tangipahoa Parish, Kentw[ood]
La., but a resident of Washington Parish, Mt. Hermon, L[a.]
she was in her early 50's when I met her at the
Washington Parish Gas District #2 company. Her first hus[band]
name is Elton Crawford they had three grown children on[e]
boy and two girls. Her second husband name is Jeff
McCain, they didn't have any children, they was seperated [at]
the time this incident take place. She was seeing [one]
another at the same time, and only God knows who els[e]
Edna McCain, was covering my bills at the store (the Ga[s]
company) how she was doing this. I don't know, but it to[ok]
me 27 months before I was going to catch-up on [my]
bills.

A1-1

II.)

In Aug. or September of 94 I rented a house next door to my sisters house, the house had a gas leak the ground and it caused my bill to run-up to 4 5 hundred dollars before the year of 1995 or right Dureing this she and I became close and she told to pay what I can when I can and any amount ea month, i December of 96 was my last note and I u had caught-up on my bill. My sister, i friend girl knu about her covering my bill, but, no-one knew about AND I haveing a sexual relationship not as I know Edna SET ME UP ON THIS ROBBERY CHARGES.

The nite this incident occured, I parked my car a a local Pool-Hall, located a block from the K&S conven ent Store, where Edna worked, the reason why I park my car at the Pool-Hall, was, I was looking for a re ive of mines, who sometimes cleanes up the barbers across from the Pool-Hall, he wasn't there at the tim so I looked down the street, and it looked like K&S store was open, so I decided to walk to the store t tell Edna that I'll be in Friday (12-6-96) to pay my bill. As I neared the store I noticed the store w closed, I was getting ready to turn around an all ot a sudden I heard a car-fan-belt squeaking, a squ king sound, so I decided to walk to the end of th store to see if the sound was coming from her car and it was, Edna was sitting inside the car, as approached the car, I could hardly see her sitting there as I approached the car I knocked on the car window, she rolled the window down and I seen th

She was crying so hard, she couldn't even tell me a
First what was wrong. She Finally said, she is tire
of him begging her for money, he always wanting
money from her, I said who? But, she never said
who he was, I repeated myself over & over and out
of No-where she passed me a knife and asked me
to cut her d "I REFUSED TOO & THREW THE KNIFE
BACK INSIDE THE CAR.) By me standing with my
back to the street-light thats on the corner I
didn't Notice if the knife already had blood on
it or not. Any-way I asked her again what the
H — L is wrong with her? Then she asked me to
take a ride with her to her sister house, by all m
("I was thinking at the time, she was talking about
her sister that lives In Kentwood, La.") So I said ye
I'll ride with you, so I walked around the car from
the behind and got in, she drove off.

She drove to Hwy. 25 to 38 heading to Kentwood, La
As we came closer to Hwy. 450, I remember seeing
A W.P. Sheriff Officers Car Patrol Unit Stopped at
STOP Sign and then pull out onto Hwy. 38 heading
toward Mt Hernon, we was heading west to Kentwoo
As we approaching the city limited of Kentwood, I re
ember she told me that we was going to her sister
house In Shreveport, La. I then told her that I cou
ldn't go to Shreveport because I had to go to wor
the next morning, but, she threw in my face about
how she had been covering my bills for over 84 mont
plus having sex with me & etc... I mood too

IV.)

with her only because of, she was covering my b
(She told me about her sister that live ing Shreu
port back in 96 around Aug. or Sept.) Anyway
she told me that she had stole the Nite depos
money from the store, for the guy who she claims
been begging her for money all the time, she also
told me that he is on Drugs real bad. As we
approached the town Kentwood I remembered se
ing two police units and 4 to 5 police-men st
ding out-side there cars that Nite on the corne
While we was passing them, she told me that he
daughter Debbie was wanting to join the police
force out in Franklinton. And a few months lat
she was hired for the W.P.S. Office in the Crim
Devision in the month of April 1997 (I hear) this
After I turned myself in.
We got on Interstate 55 heading north to 20, hea
ing West. She also told me that she was going t
pay my way back to Franklinton when we get to Shr
eport Bus-Station.
Our first stop was in Ruston, LA. I remember a
pasting the exit to Grambling Univ. we went dow
At least 3 to 5 more exits before stoping for ga
At the Service Station we Filled up the car wi
gas, I bought a pk. of Kool Cigarettes, there insid
was a young lady white and a white guy looks to be
in his late 40's or early 50's working, inside the
store, out-side was a young white male sitting in
his car, this had to be around 2 to 4 o'clock in the mo

A1-4

NING 12-05-96. WHile driving to Shreveport, LA
I missed my turn to go down town shreveport, I
woke Edna up And she told me to keep driving
until she think this over, I told her as Long
as she didn't envolved me in this stolen money
As I drove to Dallas é Ft. Worth city Limites we
stop For, (I stop for coffee For the two of us) then s
told me to keep driving, As I drove to the other si
of the two cities, I stop for gas, snacks And etc..
And I told her, the next Rest AREA I'am stoping
to get some Rest And when I woke-up we are g
ing back. I went to sleep in the back seat of
the car at the Rest-AREA, the very next thing I
knew was, she was waking me up to close the ho
on the car, As I was getting out the car from
the back-seat I seen é heard the work of construc
ion workers working, The HighWAY Department was pu
ing down Asphalt on the Interstate on the passing
lane, Interstate 20 West, but the workers was wo
ing in the direction of East on the same-side of
the Interstate. I closed the hood then I got back
into the car, And went to sleep; I woke up And
was at another Rest-AREA, Edna was sleep. I begin
to drove to the very next town, I woke her up For ga
money And I told her After leaving the station, the
very next city, I was going to catch the bus back
home And she can go And do what ever she wante
After geting back on the Interstate heading wes
I seen A sign saying A Air-Force Base or Remo

BASE AND A FEW MILES MORE I SEEN A SIGN
SAYING HOUSTON TEXAS SO MANY hundreds OF MI
AND SAN ANTONIO, TX. SO MANY hundreds O
MILES, AND El PASO, TX. WAS the NEAREST OF
them All. OUR NEXT STOP WAS NEAR El PASO,
AT the SERVICE STATION, wherE I bought som
SNACKS AND I REMEMBER some MEXICANS WORK
ON the door FRAME of the STORE. We got the A
ROOM (12-05-96) Thursday EVENING Right off the
INTERSTATE. FRIDAY MORNING we got-up AND WENT
town El PASO, TX. I got out AND WENT INTO the B
STATION, the LINE WAS so long AND I WENT INTO t
bus MANAGERS OFFICES AND the MANAGER WAS a black
guy looks to be IN his middleR 40's OR Late 40's h
SECRETARY she WAS white young lady OR she WAS M
half white & MEXICAN, they WAS talking About why
partcle bus driver WAS Always Late. Then he tolo
that I had to get INTO LINE to FIND out when t
NEXT bus WAS LEAVING to go down south becAuse
Asked him when WAS the NEXT bus LEAVING FOR L
Mississippi OR FloriDA WAY. When I came out the oth
the LINE WAS still Full, so I went out the bus sta
because I REMEMBERED seeing the parking sign s
3 minute parking if not that long. So I drove AR
A FEW more minutes and came Across a parking lo
just down the street from the bus STATION OR Acros
from the bus station, it depends on how you look a
it And where you are standing from the bus st
Anyway I parked the car and walked back to s

bus station and by now the line was empty and the clerk told me that the bus wasn't leaving until 4:00 O'clock Friday evening 12-06-96. So I asked her when was the next bus leaving and she told me in about 15 minutes and I got a ticket to Albequerque, NM. I walked back to the car and told Echia was leaving and I kissed her bye and told her that I'll see her back home. (The only reason why I don't want to ride back with her is because of her old man and plus the fact about she had stole the money and I didn't want anything to do with it or her) I caught the bus around (1:00 to 1:45) I don't remember the actually time but the bus station can verify the time. I made it Albuquerque, NM. Around 1 or 2, Friday evening, I walk to Central Ave. And got a Motel, the name was Western _____ (something) I can not remember the last name. Anyway I went called the bus station before going to sleep when was the next bus leaving for La. Ms. or Florida down south and they will me that Friday nite around 1 a.m. if I'm not mis-takeng, I went to sleep and didn't wake-up until Saturday morning, thats when I seen they had a big parade going on, I begin to walk around and I met two guys one from Florida and one from Alabama and we got drunk and we watched the parade we went to the park behind the Motel where I rented the room for one-nite. I ran out of money and I started trying to reach my sister from that morning until late Saturday evening. Every time I was trying to call

VIII

the Line was busy. So late Saturday evening I Per
Asked the operater to cut-through because I h
been trying to call that number.

I can not Remember every word but I do Remem
my Sister asking me, where we together and I tol
her we was why? She stated, that they was looking
us and I told her that it might be to late becu
she was suppose to be gone back to her sisters
or home.

I had to get out the Room at the Motel Saturday
evening around 6:30, I walked around until I foun
shelter-house, to stay at until Sunday Morning A van
at the shelter-house brought us back to town Albuqu
so I walked around until I found another shelter ho
I stayed there most of the day. I kept calling my sist
off & on most of Sunday morning, she kept telling to me
to turn myself in because, the police here in Frankli
had in the newspaper and announced over the Radio "SH
to kill, & I was Armed & Dangerous. All means I never
a weapon or owned one, so eventually I did turned my
in Sunday Nite at Albuquerque Jail. The LT. Lady For th
Albuquerque Police Dept. drove me to the F.B.I. headquart
on our way there, she stated we had orders to shoot to k
you and that you were armed & Dangerous. She also stated
that we have young police-men on the Force that would have
killed you First, then asked question Last. We made it to
the F.B.I. headquarters and I was greeted by 8 to 10 A
and I was told the same information that the LT. Office
had just told me. They Finger-printed me and they l h

A1-8

INTERROGATION ROOM, WHERE THEY READ ME MY RIGHTS,
SIGNED IT THEN CAME THE INTERROGATION.

I ONLY TOLD THEM THAT EDNA AND I WAS TOGETHER WE SP
A NITE IN A MOTEL IN EL PASCO THURSDAY NITE, SHE LET
OFF AT THE BUS STATION, I LEFT HER ALIVE. I CALLED MY SIST
ONCE FROM THE MOTEL TO TELL HER I'LL BE BACK TOMORROW
WHICH WOULD BE FRIDAY 12-06-96. I ALSO TOLD THEM THE
AGENT THAT I WENT TO A CATHOLIC CHURCH AND TOLD THE
PRIEST THAT I WAS WANTED FOR QUESTIONING BACK IN
AND HE TOLD ME THAT I WAS DOING THE RIGHT THING BY T
ING MYSELF IN TO THE POLICE, I TOLD HIM WHAT I WAS
WANTED FOR, AND I HAD NOT DID ANYTHING. THATS ALL I
CAN REMEMBER THAT WAS SAID.

∗  I THEN WENT TO A COURT APPEARANCE HEARING IN ALBUQ
   MY FED. PUBLIC ATTORNEY THOMAS JAMESON, KEPT ASKING THE FI
   AGENT DID THEY HAVE ORDERS TO TAP MY SISTERS PHONE AN
   TO SHOW THE SIGN CONSENT.

∗  MY ATTORNEY WINTHROP GARDNER, INFORMED ME THAT
   THE MONTH OF AUGUST THE 28TH DAY, OF 97 THE F.B.I. D
   PED THERE CHARGES AGAINST ME, UNLESS IM FOUND GU

∗  MR. MC NARY, EDNA HAD TO THROUGH THE KNIFE OUT THE CAR
   WHEN I WALKED AROUND TO GET IN THE CAR, I DIDN'T
   NOTICE WHEN SHE PASSED ME THE KNIFE THAT THE KNIFE
   'D HAVE HAD BLOOD ON IT. I FOUND OUT THAT THE CORNE
   OR DOCTOR SAID ITS NO WAY SHE COULD HAVE LIVED IN T
   TRUNK FOR 4 DAYS FROM FRANKLINTON TO EL PASCO, TX.

∗  I NOTICE THE CIVIC LAW SUIT PAPERS STATING I PUT HER
   THE TRUNK AT THE STORE, THE F.B.I. STATING I PUT HE
   IN THE TRUNK IN LAKE CHARLES LA.

121-9

**  Concerning my place of employment, my mother (Do... tha Verron) had to write a letter or she called Trinity Shipyard To (BRENDA) to get my last tw... checks from the company, right before the Christmas Holidays of 96 she cashed them at a convenient food store named Jack Brown Food Store, her & m... friend-girl, here in Franklinton, La.

**  BRENDA - As I said before is the lady that gives out the checks, she runs the check over the copy machine plus (the man or woman) have to give her the... I.D. card or Drivers License card to be ran off with check to show the employee received they checks.

**  Air-Condiction & T.V. - No, I haven't never pawd no T... or Air Condiction at any pawd-shop, the pawd shop can verify this as well.

**  Phone Call From Albuquerque - One phone caled my sister s... she told them, I supposely had told her that I was in El Pasco, Tx. that Saturday 12-07-96 by all mean... I wasn't, but, as I said before, I had been drink... all day Saturday with some guys (two) I must had sai... El Pasco, but, the phone call bill can verify where I was. My sister informed me that the D.A. has her December-96 phone bill, they paid for the bill, y... should get a copy of that bill as well.

**  Knife - Hear say about the knife; I was told that ... had supposeingly had worked or was working at a Meat Cutting Company, not far from Franklinton, And thats where the knife supposely had came from. By all me... I never ~~would~~ worked at a Meat Cutting Compan...

A1-10

_____ XI .)

* *  #3, #4 or $500.00 hundred dollar Drug-Habit A Day-
Job can verify that I worked 11hrs. a day 6 day's
week, I worked under all types of welding condit
heights, closed areas, different position, etc.... I wa
a Lead-man in Shop #3, then After all the welders
finished a side I had to go back and check it
and make sure the "side" is ready to go out, I
had to inform my former Dennis Glass that the si
is ready, before he sign his name on each side
before leaving the shop. Its no-way I could had
had to drug habit as they described to the D.A. I
supposely had, had, plus no, on the job accident is
etc......

My mother (Doretha Vernon) had to pay the maintenance m
Mr. Singlerton for puting down a pipe beside my ho
where the pipe had a gas leak, And it costed me $8.
some dollars for puting the pipe down, thats why my
bill was so high, And thats how Edna and I became c
behind my bill being so high and how she was covering
the books I don't know.
(The Headquarters) of Washington Parish Gas District
2706 N. Acadian THruy.
W. Baton Rouge, LA.
356-2506
Washington Parish Gas District #2
215  11th Ave.
Franklinton, LA.  70438
(504) 839-5026

A1-11

_ XII )

* Concerning the K&S store history as far as I know I wasn't aware of this store history pertaining to crime wise. Until I was transfered to Washington Parish Jail in January of 97 and by me acknowledging it through the Law Suit Papers I have. I was informed that one of the store clerks had been attacked two weeks before I had went to the store in 12-04 on that Wednesday Nite. And according to the law Papers the clerk supposingly had identified me as the alledged Attacker, but, an officer informed me of the information and told me the Investigators tried to get the clerk to say it was I who attacked her. By means I have witness that can verify my where bouts, witness with me when we went to the store that nite.

* The Cavie Law Suit papers - stated a video poker card was lying next to the knife or around it; She may have had a <u>gambling habit</u> as well as <u>men</u>

* On the very next page I am trying to show you how women lie about them being kidnapped for money reason and etc......

** And how Edna decide it call in for a police escort; when the Franklinton Police Department had already advised them during nite deposits, A police cruiser and escort would be made available upon request. (And when the store had been attempted to be robbed just two wks. before.)

A1-12

# Woman found in trunk of car

—SLIDELL, La. (AP) — A woman found bound and gagged in the trunk of a car told police she was kidnapped two days earlier from a bank in Gulfport, Miss.

Construction workers discovered her Monday morning at a shopping mall parking lot. Her identity was not released.

The woman, described as in her mid- to late 20s, was treated at Slidell Memorial Hospital after she was rescued. Police Chief Ben Morris said her injuries did not appear serious.

During questioning, the woman told police that she had gone to a bank in Gulfport early Saturday when she was attacked.

"She said she was grabbed from behind by a male and a female, tied up and placed in the trunk," Morris said.

At about 9 a.m. Monday, two construction workers were walking from the alley behind the mall when they heard cries coming from the car.

"We heard banging and someone hollering for help," said John Gibson, one of the workers. "The car was shaking when we got close."

Gibson said the keys were still in the ignition and the rear passenger door was open. When they opened the trunk, the woman was inside, bound and blindfolded. Michael Hebert, a pharmacist working near by, said he ran out of his store to check on her.

"She was very frightened and she was bound up with her shoelaces and she had a gag in her mouth. She told

# Woman confesses kidnapping was hoax

—SLIDELL (AP) — A Mississippi woman who claimed she had been kidnapped when construction workers found her bound and blindfolded in a car trunk has told authorities she made up the story to cover gambling losses.

Cassandra Murphy, 35, signed a statement Wednesday admitting that the hoax was designed to cover the loss of $200 of her boss' money at a Gulf Coast casino, said Gulfport Police Chief George H. Payne Jr.

When she was found March 9 by workers who heard banging on the trunk at a Slidell shopping center, she said she had been abducted by a man and woman two days earlier in Gulfport at an automated teller machine.

"It was all a hoax," Payne said. "She made it up to cover a gambling debt. She had $200 from her boss to deposit that Saturday and instead went to a casino somewhere on the coast, lost all of the money and made up the cover story."

Payne said Murphy told officers she learned she could get into the trunk from the rear seat of the rental car and practiced it several times before driving to Slidell to stage the abduction.

She was apparently able to tie herself up and gain access to the trunk of the Toyota Camry through the back seat. She entered the trunk on both Saturday, March 8 and Sunday, March 8.

Once in Slidell, however, the back-seat hatch apparently locked behind her and Murphy could not get out, Slidell Police Chief Ben Morris said.

The police are conferring with the district attorney and considering pressing charges against the woman, Morris said.

> **S**he had $200 from her boss to deposit that Saturday and instead went to a casino somewhere on the coast, lost all of the money and made up the cover story.'
>
> **George Payne Jr.,**
> Gulfport, MS police chief

---

*I am trying to show you all, how woman will lie, ~~or~~ cheat, trick, steal, Etc..... for money and especially for man.*

*THEIRS ANOTHER CASE, I don't have but It happen back in January or February of 97. A woman from Slidell La. went to a bank in Lacombe and demanded money from the teller becau...*

Ransom, I don't Remember if she Received the
money from the teller or not but the papers stated
that she returned to Slidell, La. and that she
was Raped off the Interstate several times, put in
the trunk of her car or the person she supposed
had been kidnapped by. She said they drove her
to San Antonio, Tx. to be shopping mall where a
person passing by the car heard her knocking on
the trunk, the person went and called the police.
The papers stated that the police found her bound
and a gag in her mouth taped up as well etc...
This case the St. Tammany Sheriff Department as
have this report, it came out in the Daily News-
paper them Bogalusa, La.

Here Is Another case, I read in the Morning
Advocated Paper, from Baton Rouge last year in
67. Where a woman was kidnapped and Raped at
Her Apartment complex, by her husband hassles, they
they drove her to a field, put her in a trunk
of a car and left her there. The lady stated
that she open the trunk up herself and got out.

01-14

<u>IX.)</u>

Mr. McNany, what type of <u>THEORY</u> you plan on using for trial.

I hope All the information you have from me will help you build a THEORY, And All the information will prove everything you have Read is TRUE.

Mr. McNany, help me in this case please, I am telling you the truth.

Sincerely Yours

Randy Vernon
P.O. Box 628
Tallulah, LA, 2443B

A1-15

C.C.

Mr. Kevin McNary                    10-26-1998
Attorney At Law
1123 S. Tyler St.
P.O. Box 316
Covington, LA. 70434

Dear Mr. Nary:

I am writing you on behalf of my case,
concerning the two (2) police units and the
four to five police men that was standing out
side of there units on December the 4th of
1996 that Wed. Nite when Edna and I went thr-
ough Kentwood, LA. to get on Interstate 55 head-
ing North. If they don't remember seeing us,
I do know they have to call in and report where
they are parked or located to the dis-potcher.
Also the two employee's in Ruston, LA. that
was working that Nite Dec. 5th 1996, Thursday
Morning. Off Interstate 20 heading West about
2 to 6 on 10 exits below the Grambling Univ.
Exit. The Ol-man and young lady that was working
that morning between 1:30, & 4:30 on 5:00 O'clock,
in that morning a young white guy was siting
in his car out-side the Service station. Ol-
Man looks to be in his late 40's to Middle 50's
All I want you to do is check it out

Ex
B1-?

B1-1

C.C. who to say who REMEMBER or NOT, you want know until you send your Detective to check out this, A Good-Detective MAKES A good LAWYER!

The last time you and I talked face to FACE ALONE, WAS BACK IN April of this YEAR, AND you had gave me the impression that I WAS LIEING to you About the direction we travel ¿ ETC...... but, I hope to God now you are FINEING out that Iam telling you the truth, AND I don't have "BLACK-OUTS" If only you all will check-out everything I am telling you all, you will Finc out Iam telling you the truth!

I have CHARTER witnesses that I would like to call IN for my trial IN my behalf, As well!

Respectfully:

Rondy Vernon
Rondy VERNON

B1-2

C.C.                                                                08-24-98

Mr. J. Kevin McNary
Attorney At Law
1123 S. Tyler St.
P.O. Box 316
Covington, LA. 70434

Dear Mr. McNary:

I am Forwarding this Letter to you in behalf of my case.

I would like to know, did you check out my place of employment?

Trinity Marines - work history

Brenda - how she gives out checks, work history etc......

Nurse - Medical history at job - consisting of any Accident on job.

Sincerity Guard - how he log each visitor in on log book & calls to office.

Dennis Glass - & - Phillip Jenkins - Dennis my former Phillip - my welder supervisor as well as my welder inspector.

Did you send the investigator to Kentwood, La. to check out the 4 policement on the corner, on the nite she was a I left town on date of December 1996 & the service station on Inter-State 20, just below the Grambling Univ. Exit?

Mr. McNary, I am innocent of these charges that I a charged with, I haven't done anything wrong.

C. C.
II

Edna and I had a sexual Relationship and she had been seeing to my bills at the W. P. Gas District #2 for over twenty months. I had NO REASON to hurt her. For what? Why SHOULD I KILL MY MONEY? I'd be A Damn Fool!

Mr. McNary, I want, NO, I NEED to know are you In behalf of my best Interest? If you're not Pleased For GOD SAKE Remove thy self off my case. Because I am Innocent of these charges, I know you Can WIN this case, if you're In my best Interest and concern About winning this case.

**  I was Informed that Mike Varnado and Harold Varnado had my cloths, the cloths that I had on the Nite Edna And I left town (12-04-96) the way it was stated to me they have more cloths than what I had on.

Mike Varnado stated to Harold, if he have a good lawyer he could EAT this up), because how could he have on all these cloths at one time.

Mike Varnado also stated: Let TIGER F__K-UP the CASE AND I'll Kill him, because TIME IS RUNNING OUT! Who ever TIBER IS, he sent my cloths to the LAB.

Question  Since the F.B.I. has backed-up on this case, wouldn't you Feel or think that there's nothing on my cloths to jeopardize this case? And If it was something on my cloths the F.B.I. wouldn't have backed up, plus the fact they probably been sent my cloths to the LAB for testing, how many times do they test them?

c.c.

III

I just wanted to bring this to your ATTENTION, in c
they have tried to put something on my cloths or
Anything that might can help them try to get a c
viction.

Mr. McNary, I'll set back here and die and go to the
before I plead guilty to something I didn't do.
I am INNOCENT of these charges, and I am plea
ing with you to please Fight For me.

I turned myself in on Dec. 8th of 96, two years w
be this Dec. 8th can they sit whole all longer, Man
I am Ready to go home, how did they get an IND
TMENT on these charges? Please let me know and
show me the legal Indictment. I can't believe.
Thank you For Reading this letter and I hope
God that you are willing to Fight For me, becau
I am A INNOCENT-MAN


Randy Ver_____
08-24-98

SUPPLEMENTARY INVESTIGATION REPORT

PAGE NO. 1

12-34-96

Missing Person–Possible Agg. Kidnapping NO.
Classification

# of Complainant

Address

Phone No.

Franklinton Police Dept.

803 Pearl St. Franklinton, La. 70438

(504) 839-29

Missing person– Possible Agg. Kidnapping | Case Assigned To: Sgt. Virgil Maples

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:

Date_____ 12-6-19 96

On 12-5-96 at approx 02:30 Sgt. Billy Jones contacted me Sgt. Virgil Maples in reference to Mrs. Edna McCain being missing from K & S #1 on Mott St

Sgt. Jones advised me he had checked at K & S #1 and had found a knife in parking area of K & S #1. He stated the knife had, what he thought, was blood on the handle

I told Sgt. Jones to locate a key holder to business and I would meet them at K & S #1.

I arrived at K & S #1 at 03:07 A.M. and Sgt Jones, Ptn Mark Bott and Mrs. Vicki McCain who is an employee at K & S #1, were waiting for me.

Mrs. McCain unlocked K & S #1 and the store was entered. The store showed n sign of foul play.

The money for opening the store was in the cash register. The doors had al been locked and the alarm was set.

Mrs. McCain stated Mrs. Edna should have made a night deposit at Hancock bank. Sgt. Jones had radio dispatcher Michelle Machella call Mr. Cook Byrd of the Hancock Bank to see if we could check the night deposit. Mr. Byrd contacted Mrs. Edwards. Mrs. Edwards met us at Hancock Bank at 03:38. Mrs. Edwards, myself, Sgt Jones, and Ptn. Bott entered the building. Mrs. Edwards opened the night deposit and there had been no night deposit from K & S #1.

Myself, Sgt. JOnes, Ptn. Bott, and Vicki McCain went back to K & S #1 to see if deposit had been placed in Manager's desk. No deposit was found.

On researching the outside of the building a lottery ticket was found in area where knife had been found. A black rat tailed comb was found in the parking area where Mrs. McCain's car had been parked. A cigarette lighter was found under a stack of pieces of paneling. A picture of this lighter was taken but I believe it not to be evidenc or this scene. Perpetrater would have had to have hidden this lighter where I found it

INVESTIGATING OFFICERS _____   23 REPORT MADE BY _____ DATE 12-6-96

1SE FILED

☑ No ☐ | Cleared by arrest ☐   30 THIS CASE IS  Active   31 APPROVED BY _____

Unfounded ☐   Inactive ☐   Other ☐

BACGE # 00031

## SUPPLEMENTARY INVESTIGATION REPORT

PAGE NO. _2_

12-34-96 _____     Missing person—Possible Agg. Kidnapping     NO. _____
                                    Classification

me of Complainant                    Address                              Phone No.

Franklinton Police Dept.          803 Pearl St              (504) 839-2977

ense                              Case Assigned To:

Missing person—Possible Agg. Kidnapping       Sgt. Virgil Maples

### DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:

Date ___12-6___ 19  9

under these pieces of panelling.  This lighter was not placed into evidence.

At approx. 05:00 A.M. Sgt Jones placed the knife in my possession at the
Franklinton Police Department.  This knife was secured in Chief Lynn Armand's office and
was turned over to Chief of Det. Harold Varnado Jr. of the Washington Parish S.O. on
Dec. 5, 1996

The Rat tailed comb and lottery ticket was turned over to the Washington
Parish S.O.  Det. Harold Varnado Jr. on Dec. 6, 1996 by Sgt Virgil Maples.

INVESTIGATING OFFICERS  _Sgt Jones Sgt Maples_     28 REPORT MADE BY _Sgt Virgil Maples_ DATE 12-6-96

CASE FILED  /     30 THIS CASE IS  Active     31 APPROVED BY           BADGE #   00031

s ☑ No ☐ | Cleared by arrest ☐   Unfounded ☐   Inactive ☐   Other ☐

April 1, 1998

Mr. J. Kevin McNary
Attorney At Law
1123 S. Tyler St.
P.O. Box 316
Covington, Louisiana 70434

Mr. McNary:

I am writing you in regards of the two (2) subpoenas I received today Wednesday, April 1st 1998 for Felony Trial on the 21st of April 1998....

Are you aware of these subpoenas for Trial April 27th 1998 and prepared for it? Mr. McNary, you haven't once came to see or even sent the Investigator David Bulloch to come and talk to me concerning this case.

I am aware of you and David Bulloch being aware of this case but theirs a lot more important information that you all have to know that I haven't brought to no-ones attention because I've been with-wholding it back for trial. This information can show that she and I really did have an relationship, but, if I am wrong its because Edna lied to me about her family in the pass, the pass 22 months of us knowing each other.....

Mr. McNary, this matter is confidential at this ~~long~~ stage but, it is necessary for you to know before pre-trial. For you to send David Bulloch to investigate the information to see if she lied to me.... I am only trying to help show that I didn't Abduct Edna from no-where, she asked me to take

I e.c.

04-27-1998

Mr. J. Kevin McNary
Attorney At Law
1123 S. Tyler Street
P.O. Box 316
Covington, LA. 70434

Dear Mr. McNary:
I am writting you on behalf of our last talk on t
9th day of April, 1998 and in-regards of my case

Our last talk we had, I gather from your attitud
you are allowing others, sympathy, race and etc.... In
erfer with your knowledge of the law in representin
me to the best of your ability.

I have kept this case confidential to myself because a
this stage in my life and case, I really don't know
who is going to represent me to their best ability.
Because we both know that this is a Highly Publicly
Case, thats outrageous, Politically, and Racest Motivated
Case, from the D.A.s Office here in Washington and
St. Tammany Parishes.

Failure to supply the court with, (1) why the victim
Edna McCain didn't call in for a Police Escort
to the bank for the nite deposit, (2) why did she threw
the knife out the car at the store (3) the travel director
that the police stated we travel is lies (4) the stores
might still have an video of me or her in Louisiana and
Texas where we got gas and etc...... on the 5th day of

II c.c.

Leaveing Friday Morning (6) The Motel in Albuquerqu
N.M., thats on Central Ave. (7) On the 7th day of
1996 they had a parade that day in Albuquerque (8)
Left the Motel Soturday Evening at 6:00 O'clock p.m.
and stay on the Street all that nite up until Sunday
Morning 8th day of Dec. then went to a Homeless h
to Rest and etc.... (9) On the 5th day the Hight-Way
Department was working on the Interstate heading west
to El Paso, Texas, if by chance they don't remember, you
can get there work-sheet showing to the Courts that
I can not be in two places at once. (10) My job gi
drugs testes when ever they pick your name on the com
uter (10) We didn't go to my job to get my check on
5th day of Dec. 1996 my Mother had to go get my che
And she cashed it here in town (Franklinton) and etc

Mr. McNary, I don't have BLACK OUTs And i
Not A LUNATIC NUT, like the D.A. has descri
to you that I'am, in his eyes, the eye of the behol
IF by chance you are not going to furnish
the Courts with the above EVIDENCES, in helping pr

I'm Asking you As being my Attorney that
you should file A motion to be dismissed off
this case, because you have no intention on Rep
Esenting me to the best of your Ability. Because
you are Allowing Sympathy overcome Reason and i
you let Sympathy overcome Reason, then sympathy becom
to this case what Race was to another case.

The odds are Against me here so I have to
supply Evidence to the
V-2

that the D.A's case is lies and the statement as well, in Order to try to get a half a decent trial. The Burden isn't upon the defendant the burden is upon the state..... but in my case the burden is upon me as well, because this is a highly politically and Racest Motivated case And I got to get it moved out of Washington & St. Tammany Parishes. And this is the only way we can prove that we didn't travel to Texas the way they said we did, by you sending David Bulloch the ... I have told you and both the doctors as well as my ... Attorney Winthrop Gardner.

Mr. McNay, I just want All my evidence Furnished in my behalf and I need to tell the truth about Edwa... and I Relationship and being not everything to the pub-lic Eye About this case, the truth. My life is on th... Line, I am going to tell everything I know about Edw... and why this happen and why that happen.....

I am bring this matter to your attention leting you know I am ready to battle these people in the 22nd Judicial District Court if you or who ever send the investigator the way I tell them to go and where, You will see that I am telling you the truth.

Please informed me of your decision on what y... Are going to do.

Sincerely,
Randy Vernon
04-22-1998

(I.)

07-20-98

Mr. Kevin McNary
Attorney At Law
1123 S. Tyler St.
P.O. Box 316
Covington, La. 70434

Dear McNary:

I have notice that the STATE isn't bring up the fa[ct]
that Edna McCain worked two jobs, Washington Parish
Gas District #2 located on 815 11th Ave. here in t[own]
Klinton, La. (504)839-5026 And at K?'s Convenient Store o[n]
Mill St. Also here in Franktinton, La.

Mr. McNary, Edna and I have known each for 27 month[s]
And a sexual relationship at the time of this incide[nt]
supposely had take place.

Edna McCain is a native of Tangipahoa Parish, Kentw[ood]
La., but a resident of Washington Parish, Mt. Hermon, L[a.]
she was in her early 50's when I met her at the
Washington Parish Gas District #2 company. Her first hus[band]
name is Elton Crawford they had three grown children on[e]
boy and two girls. Her second husband name is Jeff
McCain, they didn't have any children, they was seperated [at]
the time this incident take place. She was seeing n[o]
Another at the same time, and only God knows who els[e]
Edna McCain, was covering my bills at the store (the Ga[s]
Company) how she was doing this I don't know, but it to[ok]
me 27 months before I was going to catch-up on [my]
bills.

II.)

In Aug. or September of 94 I rented a house next door to my sisters house, the house had a gas leak the ground and it caused my bill to run-up to 4's 5 hundred dollars before the year of 1995 or right a During this she and I became close and she told to pay what I can when I can and any amount eac month, & December of 96 was my last note and I w had caught-up on my bill. My sister & friend girl kne about her covering my bill, but, no-one knew about and I having a sexual relationship not as I know of Edna set me up on this robbery charges.

The nite this incident occured, I parked my car a a local pool-hall located a block from the K&S conven ent store, where Edna worked, the reason why I parke my car at the pool-hall, was, I was looking for a relt ive of mines, who sometimes cleanes up the barber s across from the pool-hall, he wasn't there at the tim so I looked down the street, and it looked like K&S store was open, so I decided to walk to the store t tell Edna that I'll be in Friday (12-6-96) to pay my bill. As I neared the store I noticed the store wa closed, I was getting ready to turn around an all of a sudden I heard a car-fan-belt squeaking, a sque King sound, so I decided to walk to the end of th store to see if the sound was coming from her car and it was, Edna was sitting inside the car, as I approached the car, I could hardly see her sitting there as I approached the car I knocked on the car window she rolled the window down and I see

III.)

She was crying so hard, she couldn't even tell me at First what was wrong. She Finally said, she is tired of him begging her For money, he always wanting money From her, I said who? But, she never said who he was, I Repeated myself over & over and out of no-where she passed me a knife and asked me to cut her ("I REFUSED TOO & THREW THE KNIFE BACK INSIDE THE CAR.) By me standing with my back to the street-light thats on the corner I didn't Notice if the knife already had blood on it or not. Any-way I asked her again what the H___l is wrong with her? Then she asked me to take a Ride with her to her sister house, by all m ("I was thinking at the time, she was talking about her sister that lives in Kentwood, La.") So I said yes I'll Ride with you, so I walked around the car From the behind and got in, she drove off.

She drove to Hwy. 25 to 38 heading to Kentwood, La. As we came closer to Hwy. 450, I Remember seein A W.P. Sheriff Officers Car Patrol Unit stopped at th STOP SIGN and then pull out onto Hwy. 38 heading toward MT. Hermon, we was heading west to Kentwo As we approaching the City Limited of Kentwood, I Re ember she told me that we was going to her sister house in Shreveport, La, I then told her that I cou ldn't go to Shreveport because I had to go to work the next morning, but, she threw in my Face about how she had been covering my bills For over 24 month

IV.)

WITH HER ONLY BECAUSE OF, SHE WAS COVERING MY B
(SHE TOLD ME ABOUT HER SISTER THAT LIVE IN SHREV
PORT BACK IN 96 AROUND AUG. OR SEPT.) ANYWAY
SHE TOLD ME THAT SHE HAD STOLE THE NITE DEPOS
MONEY FROM THE STORE, FOR THE GUY WHO SHE CLAIMS
BEEN BEGGING HER FOR MONEY ALL THE TIME, SHE ALSO
TOLD ME THAT HE IS ON DRUGS REAL BAD. AS WE
APPROACHED THE TOWN KENTWOOD I REMEMBERED SE
ING TWO POLICE UNITS AND 4 to 5 POLICE-MEN ST
DING OUT-SIDE THERE CARS THAT NITE ON THE CORNER
WHILE WE WAS PASSING THEM, SHE TOLD ME THAT H
DAUGHTER DEBBIE WAS WANTING TO JOIN THE POLICE
FORCE OUT IN FRANKLINTON. AND A FEW MONTHS LATE
SHE WAS HIRED FOR THE W.P.S. OFFICE IN THE CRIM
DIVISION IN THE MONTH OF APRIL 1997 (I HEAR) THIS
AFTER I TURNED MYSELF IN.

WE GOT ON INTERSTATE 55 HEADING NORTH TO 20, HEA
ING WEST. SHE ALSO TOLD ME THAT SHE WAS GOING
PAY MY WAY BACK TO FRANKLINTON WHEN WE GET TO SH
EPORT BUS-STATION.

OUR FIRST STOP WAS IN RUSTON, LA. I REMEMBER
PASTING THE EXIT TO GRAMBLING UNIV WE WENT DOW
AT LEAST 3 to 5 MORE EXITS BEFORE STOPING FOR GAS
AT THE SERVICE STATION WE FILLED UP THE CAR WI
GAS, I BOUGHT A PK. OF KOOL CIGARETTES, THERE INSID
WAS A YOUNG LADY WHITE AND A WHITE GUY LOOKS TO BE
IN HIS LATE 40'S OR EARLY 50'S WORKING INSIDE THE
STORE, OUT-SIDE WAS A YOUNG WHITE MALE SITTING IN
HIS CAR. THIS HAD TO be AROUND 2 to 4 O'CLOCK IN THE M

ʋ.)

NIng 12-05-96. While driving to Shreveport, L
I missed my turn to go down town shreveport, I
woke Edna up And she told me to keep driving
until she think this over, I told her, as long
as she didn't envolved me in this stolen money
As I drove to Dallas é Ft. Worth city Limites we
stop for, (I stop for coffee for the two of us) then s
told me to keep driving, As I drove to the other si
of the two cities, I stop for gas, snacks and etc..
And I told her, the next Rest Area I'am stoping
to get some Rest And when I woke-up we are g
Ing back. I went to sleep in the back seat of
the car at the Rest-Area, the very next thing I
Knew was, she was waking me up to close the hoo
on the car, As I was getting out the car from
the back-seat I seen é heard the work of construc
Ion workers working, The Highway Department was pu
Ing down Asphalt on the Interstate on the passing
Lane, Interstate 20 West, but the workers was wor
Ing in the direction of East on the same-side of
the Interstate. I closed the hood then I got back
Into the car, And went to sleep; I woke up And w
was at another Rest-Area, Edna was sleep. I begin
to drove to the very next town, I woke her up for ga
money And I told her After leaving the station, the
very next city, I was going to catch the bus back
home And she can go and do what ever she wante
After geting back on the Interstate heading wes
I seen a stay saying a Pre-time Page in R

XL.)

BASE AND A FEW MILES MORE I SEEN A SIGN
SAYING Houston Texas so many hundreds of miles
AND SAN ANTONIO, TX. so many hundreds of
MILES, AND EL PASCO, TX. WAS the NEAREST of
them All. Our NEXT stop WAS NEAR El Pasco,
At the SERVICE STATION, where I bought some
SNACKS AND I REMEMBER some MEXICANS working
on the door FRAME of the STORE. We got the A little
Room (12-05-96) Thursday EVENING Right off the
INTERSTATE. FRIDAY MORNING we got-up AND WENT of
town El Pasco, TX. I got out AND WENT INTO the Bus
STATION, the LINE WAS so long AND I WENT INTO the
bus MANAGERS OFFICES AND the MANAGER WAS a black
guy looks to be IN his middler 40's or Late 40's his
SECRETARY she WAS white young Lady or she WAS may be
half white & MEXICAN, they WAS talking About why a
particle bus driver WAS Always Late. Then he told
that I had to get into LINE to FINE out when the
NEXT bus WAS LEAVING to go down south because I
ASked him when WAS the NEXT bus LEAVING for Lou or
Mississippi or Florida way. WHEN I came out the office
the LINE WAS still Full, so I went out the bus station
because I REMEMBERED seeing the parking sign saying
3 minute parking if not that long. So I drove Around
A FEW more minutes and came Across a parking lot
just down the street from the bus station or Across
from the bus station, it depends on how you look at
it AND where you are standing from the bus station
Anyway I parked the car and walked back to the

bus station and by now the Line was empty and the clerk told me that the bus wasn't leaving until 4:00 O'Clock Friday evening 12-06-96. So I asked her when was the next bus leaving and she told me in about 15 minutes and I got a ticket to Albuquerque, NM. I walked back to the car and told Edna I was leaving and I kissed her bye and told her that I'll see her back home. (The only reason why I don't want to ride back with her is because of her old man and plus the fact about she had stole the money and I didn't want anything to do with it or her. I caught the bus around (7:00 to 7:45) I don't remember the actually time but the bus station can verify the time. I made it Albuquerque, NM. Around 1 or 2, Friday evening, I walk to Central Ave. and got a Motel, the name was Western _____ (something) I can not remember the last name. Anyway I went called the bus station before going to sleep when was the next bus leaving for La. Ms. or Florida down south and they, me that Friday nite around 1 am. if I'm not mis-taken, went to sleep and didn't wake-up until Saturday morning, thats when I seen they had a big parade going on, I begin to walk around and I met two guys one from Florida and one from Alabama and we got drunk and we watched the parade we went to the part behind the Motel where I rented the room for one-nite. I ran out of money and I started trying to reach my sister from that morning until late Saturday Evening. Every time I was trying to re

_VIII )_

the LINE WAS busy. So late Saturday evening I Finaly
Asked the Operater to cut-through because I ha[ve]
been trying to call that Number.

I can not Remember every word but I do Rememe[r]
my Sister Asking me, where we together and I told
her we was why? She stated, that they was looking f[or]
us and I told her that it might be to late beca[use]
She was suppose to be gone back to her sisters h[ouse]
or home.

I had to get out the Room at the Motel Saturday
EVENING Around 6:30, I walked Around until I found [a]
Shelter-house to stay at until Sunday Morning A van
at the shelter-house brought us back to town Albuque[rque]
so I walked Around until I Found Another Shelter hou[se]
I stayed there most of the day. I kept calling my siste[r]
off & on most of Sunday morning, she kept telling to me
to turn myself In because, the police here in Franklin
had in the Newspaper and Announced over the Radio "Sh[oot]
to Kill, & I was Armed & Dangerous. All means I never [had]
A weapon or owned one, so eventually I did turned my[self]
In Sunday Nite At Albuquerque Jail. The LT. Lady For the
Albuquerque Police Dept. drove me to the F.B.I. headquarte[rs]
on our way there, she stated we had orders to shoot to k[ill]
you And that you were Armed & Dangerous. She Also stated
that we have young police-men on the Force that would have
Killed you First, then asked question Last. We made it to
the F.B.I. headquarters And I was greeted by 8 to 10 Ag[ents]
And I was told the same Information that the LT. Offic[er]
had just told me. They Finger-printed me and the[n]

IX.)

INTERROGATION ROOM, WHERE they READ ME MY RIGHTS, I SIGNED IT then CAME the INTERROGATION.

I ONLY told them that EDNA AND I WAS together WE spe A NITE IN A MOTEL IN El PASCO Thursday NITE, SHE Let m OFF At the bus station, I LEFT HER ALIVE. I CALLED MY sister ONCE FROM the MOTEL to tell HER I'll bE BACK tomorrow which would bE FRIDAY 12-06-96. I Also told them the AGENT that I went to A CATHOLIC Church and told the PRIEST that I WAS WANTED FOR questioning back in And he told me that I WAS doing the right thing by tu ING MYSELF IN to the POLICE, I told him what I WAS WANTED FOR, And I HAD NOT DID ANYTHING. Thats All I CAN REMEMBER that WAS SAID.

\* I then went to A COURT APPEARANCE HEARING IN Albuque MY FED. Public Attorney Thomas JAMESON, kept ASKING the F.B AGENT DID they have ORDERS to TAP MY sisters phone an to show the sign CONSENT.

\* MY Attorney WINTHROP GARDNER, INFORMED me that, the month of AUGUST the 28th DAY, of 99 the F.B.I. dr PED there CHANGES AGAINST ME, unless I Am Found g

\* MR. McNARY, EDNA HAD to through the KNIFE out the CAR when I WALKED AROUND to get IN the CAR, I didn't NOTICE when SHE PASSED ME the KNIFE that the KNIFE h ld have HAD BLOOD ON it. I FOUND out that the CORNE OR doctor SAID it's NO WAY SHE could have LIVED IN th TRUNK FOR 4 days FROM FRANKLINTON to El PASCO, TX.

\* I NOTICE the CIVIC LAW SUIT PAPERS stating I put her TRUNK AT the STORE, the F.B.I. stating I put he IN the TRUNK IN LAKE CHARLES LA.

$X$.)

* * Concerning my place of employment, my mother (Don tha Version) had to write a letter or she called Trinity Shipyard To (BRENDA) to get my last two checks from the company, right before the Christmas Holidays of 96 she cashed them at a convenient Food store named Jack Brown Food Store, her & my friend-girl, here in Franklinton, La.

* * BRENDA - As I said before is the Lady that gives out the Checks, she runs the check over the copy machine plus (the man or woman) have to give her there I.D. card or Drivers License card to be ran off with check to show the employee Received they checks.

* * Air-Condiction & T.V. - No, I haven't NEVER pond no T.V. or Air Condiction at any pond-shop, the pond shop can verify this as well.

* * Phone Call from Albuquerque - One phone caled my sister she told them, I supposely had told her that I was in El Pasco, TX. that Saturday 12-07-96 by all means I wasn't, but, as I said before, I had been drinking all day Saturday with some guys (two) I must had said El Pasco, but, the phone call bill can verify where I was. My sister informed me that the D.A. has her December-96 phone bill, they paid for the bill, you should get a copy of that bill as well.

* * KNIFE - Hear say About the Knife; I was told that I had supposeingly had worked or was working at a Meat Cutting company, not far from Franklinton, And thats where the Knife supposely had came from. By all means I NEVER worked at a Meat Cutting Company

_ X1 , )

* *  $3, $4 OR $500.00 hundred dollar Drug-Habit A Day-
Job CAN VERIFY that I worked 11hrs. a day 6 day's
week, I worked under All types of welding conditu
heights, closed AREAS, different POSITION, etc.... I wa
A LEAD-MAN IN shop #3, then AFTER all the welders
finished A SIDE I had to go back and check it
and make sure the "SIDE" is READY to go out, I
had to inform my FORMER DENNIS Glass that the si
is READY, before he sign his NAME on each SIDE
before leaving the shop. Its no-way I could had
had to drug habit as they described to the D.A. I
supposely had, had , plus no, on the job accident is
etc.......

My mother (DORETHA VERNON) had to pay the MAINTENANCE m
MR. SINGLETON FOR puting down A PIPE beside my h
where the pipe had A GAS LEAK, And it costed me $8
some dollars FOR puting the PIPE down, thats why my
bill was so high, And thats how EdNA and I became c
behind my bill being so high and how she was covering
the books I don't Know.
(The Headquarters ) OF Washington Parish Gas District
2706 N. AcADIAN THRWY.
W. BATON Rouge, LA.
356-2506
Washington Parish Gas District #2
215  11th Ave.
FrankliNton, LA, 70438
(504) 839-5026

_ XII .)

* Concerning the K&S Store history as far as I know I wasn't aware of this store history pertaining to crime wise. Until I was transfered to Washington Parish Jail in January of 97 and by me acknowledging it through the Law Suit Papers I have. I was informed that one of the store clerks had been attacked; two weeks before I had went to the store in 12-04 on that Wednesday Nite. And according to the Law Suit Papers the clerk supposingly had identified me as the alledged Attacker, but, An officer informed me of the information and told me the investigators tried get the clerk to say it was I who attacked her. By means I have witness that can verify my where bouts. witness with me when we went to the store that nite.

* The Cerie Law Suit papers – stated a video poker card was lying next to the Knife or Around it; she may have had a gambling habit as well as men

* On the very next page I am trying to show you how women Lie About them being Kidnapped for money Reason and etc......

** And how Edna didn't call in for a police escort; when the Franklinton Police Department had Already Advised them during Nite deposits, A police cruiser and escort would be made available upon Request. (And when the store had been Attempted to be Robbed just two wks. before.)

# Woman found in trunk of car

SLIDELL, La. (AP) — A woman found bound and gagged in the trunk of a car told police she was kidnapped two days earlier from a bank in Gulfport, Miss.

Construction workers discovered her Monday morning at a shopping mall parking lot. Her identity was not released.

The woman, described as in her mid- to late 20s, was treated at Slidell Memorial Hospital after she was rescued. Police Chief Ben Morris said her injuries did not appear serious.

During questioning, the woman told police that she had gone to a bank in Gulfport early Saturday when she was attacked.

"She said she was grabbed from behind by a male and a female, tied up and placed in the trunk," Morris said.

At about 9 a.m. Monday, two construction workers were walking from the alley behind the mall when they heard cries coming from the car.

"We heard banging and someone hollering for help," said John Gibson, one of the workers. The car was shaking when we got close."

Gibson said the keys were still in the ignition and the rear passenger door was open. When they opened the trunk, the woman was inside, bound and blindfolded. Michael Hebert, a pharmacist working near by, said he ran out of his store to check on her.

"She was very frightened and she was bound up with her shoelaces and she had a gag in her mouth. She told me that she was on her way

# Woman confesses kidnapping was hoax

SLIDELL (AP) — A Mississippi woman who claimed she had been kidnapped when construction workers found her bound and blindfolded in a car trunk has told authorities she made up the story to cover gambling losses.

Cassandra Murphy, 35, signed a statement Wednesday admitting that the hoax was designed to cover the loss of $200 of her boss' money at a Gulf Coast casino, said Gulfport Police Chief George H. Payne Jr.

When she was found March 9 by workers who heard her banging on the trunk at a Slidell shopping center, she said she had been abducted by a man and woman two days earlier in Gulfport at an automated teller machine.

"It was all a hoax," Payne said. "She made it up to cover a gambling debt. She had $200 from her boss to deposit that Saturday and instead went to a casino somewhere on the coast, lost all of the money and made up the cover story."

Payne said Murphy told officers she learned she could get into the trunk from the rear seat of the rental car and practiced it several times before driving to Slidell to stage the abduction.

She was apparently able to let herself up and gain access to the trunk of the Toyota Camry through the back seat.

She entered the trunk on both Saturday, March 7, and Sunday, March 8.

Once in Slidell, however, the back-seat hatch apparently locked behind her and Murphy could not get out, Slidell Police Chief Ben Morris said.

The police are conferring with the district attorney and considering pressing charges against the woman, Morris said.

> **S**he had $200 from her boss to deposit that Saturday and instead went to a casino somewhere on the coast, lost all of the money and made up the cover story.'
>
> **— George Payne Jr.,**
> **Gulfport, MS police chief**

---

I am trying to show you all, how woman will lie, or cheat, trick, steal etc..... for money and especially for man.

THEIRS ANOTHER CASE, I don't HAVE [ ] IT HAPPEN BACK IN JANUARY or FEB UARY OF 97. A WOMAN FROM SLIDE LA. WENT TO A BANK IN LACOMBE AND DEMANDED MONEY FROM THE TELLER BEC

IKK 4

Ransom, I don't Remember if she Received the
money from the teller or not but the papers stated
that she Returned to Slidell, LA. and then she
was Raped off the Interstate several times, but in
the trunk of her car or the person's car she
had been Kidnapped by. She said they drove her
to San Antonio, Tx. to Be shopping mall where A
person passing by the car heard her Knocking on
the trunk, the person went and called the police.
The papers stated that the police found her bound
And a gag in her mouth tied up as well etc....
This case the St. Tammany Sheriff Department do
have this report, it came out in the Daily News-
paper from Bogalusa, La.

Here is Another case, I read in the Working
Advocated Paper, from Baton Rouge last year in
09. Where a woman was kidnapped and Raped at
her Apartment complex, by her husband friends the
they drove her to a field put her in a trunk
of a car and left her there. The Lady stated
that she open the trunk by herself and got out.

<u>VX.)</u>

Mr. McNamy, what Type of THEORY you plan on using for Trial.•

I hope All the information you have from me will help you build a THEORY, And All the information will prove everything you have Read is TRUE. •

(Mr. McNabb, help me in this case please, I am telling you the Truth. •

Sincerely Yours

Randy Vernon
P.O. Box 628
FARMERHAVEN, LA, 70438





RELIAGENE
TECHNOLOGIES, INC.
*Formerly GeneScreen Laboratories*

January 22, 1999

Kevin McNarry
Attorney At Law
1123 South Tyler Street
Covington, LA 70433

RE:  State of Louisiana vs Rondy Vernon
      ReliaGene File #FR-1004

Dear Mr. McNarry:

I have carefully reviewed the documents submitted to me for the above referenced case.
In order to assist you for the upcoming admissibility hearing, I have provided a few relevant
questions/issues you might like to raise.

(now Alice Brown)

1.  Based upon the documents and curriculum vitas submitted, either Ms. Alice Hill or Dr.
    Thomas Callaghan will be testifying at this hearing.  Ms. Hill appears to have performed the
    analysis and Dr. Callaghan reviewed her work.

2.  Although many documents submitted pertain to external proficiency testing by both Callaghan
    and Hill, these documents do not specifically detail each and every test result obtained for
    each and every genetic marker reported.  While on the surface they state that "matches and
    non-matches were correctly reported", this does not necessarily mean that a mistake or error
    of some type has never been made.  Have they ever had a transcriptional error in the
    reporting of the external proficiency tests, for example.

3.  The current industry standards for forensic DNA testing are called the Quality Assurance
    Standards for Forensic DNA Testing Laboratories by the DNA Advisory Board and approved
    by the FBI Laboratories in October 1998.  I am sure they must be in compliance.

4.  Although the FBI DNA testing laboratories have recently been accredited by the ASCLD-
    LAB (American Society of Crime Lab Directors Laboratory Accreditation Board), was the
    laboratory in compliance when this particular case was processed?

5.  DNA evidence includes a swabbing from a knife.  Based upon my review of the documents it
    appears all of the sample was consumed during testing leaving no sample available for retest
    by an independent laboratory.

6.  The victim's nail scrapings were collected but not processed for DNA.  Why not?  Although
    no blood sample was apparent upon examination of the nail scrapings, perhaps there might

Mr. Kevin McNarry
January 22, 1999
Page -2-

have been DNA foreign to the victim, i.e. saliva or skin cells from the perpetrator but since they were not tested, we will never know.

7. Was this victim sexually assaulted?  Was a rape kit performed at autopsy?

8. Daubert Admissibility requirements ask about the known or potential error rate.  What is the error rate for the FBI laboratory, for Ms. Hill, for the industry in general.  How do they substantiate whatever claim they make?

9. Regarding the reported statistics; 1 in approximately 690 Caucasian individuals does not seem highly discriminatory.  Assuming 360 million Americans in the United States, how many people could have been a contributor? (roughly ½ million)  Likewise, in the New Orleans Metro Area, if approximately 1.2 million, how many people in New Orleans could have been a contributor? (roughly 1700 people)

10. How come additional testing was not performed?  Isn't it possible that additional testing might have excluded the victim?  Could the victim's siblings/parents/blood relatives also have the same PM/DQA1 profile as the unknown donor? (they may say unlikely but should concede possible)

11. Finally DNA does not tell time.  Therefore we do not know how long the DNA sample has been on the knife Q12 (and car debris Q19, Q20).

You may choose to use only some of these questions for admissibility and/or trial, depending upon your defense strategy.  I have simply presented relevant issues that were apparent to me based upon the submitted records.

Please contact me should you like to discuss your case prior to Wednesday.  I will be in Baton Rouge on Tuesday but should be in the office all day Monday, January 25th.

Sincerely,

Anne H. Montgomery, M.S.
Forensic Laboratory Director

AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT

### Eastern District of Louisiana

*Roody Vernon, Sr.*
_____
Plaintiff

V.

*M. Burl Cain*
_____
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, *Roody Vernon, Sr.,* _____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration *Camp C Bear 3*
   *La. State Penitentiary, Angola, La. 70712*

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified
   ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☐ No

   a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.


   b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and
        pay period and the name and address of your last employer.


3. In the past 12 twelve months have you received any money from any of the following sources?

   a.   Business, profession or other self-employment          ☐ Yes          ☑ No
   b.   Rent payments, interest or dividends                    ☐ Yes          ☑ No
   c.   Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
   d.   Disability or workers compensation payments             ☐ Yes          ☑ No
   e.   Gifts or inheritances                                   ☐ Yes          ☑ No
   f.   Any other sources                                       ☐ Yes          ☑ No

If the answer to any of the above is "Yes", describe each source of money and state the amount received and
what you expect you will continue to receive.

## TENDERED FOR FILING

### OCT 26 2007

**U.S. DISTRICT COURT
Eastern District of Louisiana**

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☐ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

*U. A.*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| <u>Name</u> | <u>Relationship</u> | <u>Amount Contributed for Support</u> |
|---|---|---|
| | *U. A.* | |

I declare under penalty of perjury that the above information is true and correct.

_10/19/07_   _Rondy Vernon Sr._
Date                              Signature of Applicant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)
### (To be completed by the institution of incarceration)

I hereby certify that this inmate, _Rondy Vernon_ , has a present inmate

account balance of $ _203.30_ at the _LSP_ institution. I further certify

that the average monthly deposits for the preceding six months is $ _63.57_

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ _168.42_

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

**DATE**                                    **DATE**

Date Certified                              _Melina Merrel_
**OCT 17 2007**                         Authorized Officer of Institution
                                                  **OCT 17 2007**

**CERTIFIED**                          **CERTIFIED**

Case 2:07-cv-07608-JCZ-KWR   Document 1-4   Filed 11/07/07   Page 54 of 54



Randy Vernon #394693
Copy C.____ Ward___
Louisiana State Penitentiary
Angola, LA 70712

Hon. Loretta G. Whyte, Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA   70130

