UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**RONDY VERNON, SR.**                                                **CIVIL ACTION**

**La. DOC #93669**

**VERSUS**                                                                                  **NO. 07-7608**

**BURL CAIN, WARDEN**                                            **SECTION A(4)**

**ANSWER TO PETITION OF WRIT OF HABEAS CORPUS BY STATE PRISONER**

NOW INTO COURT, through undersigned counsel, comes the District Attorney for Washington Parish, State of Louisiana, on behalf of Burl Cain, who denies each and every allegation of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically admitted and further respectfully represents:

**FIRST DEFENSE**

The Petition/Application for Writ of Habeas Corpus should be denied on the merits and dismissed with prejudice in that the petitioner did not show any actual prejudice and/or that a fundamental miscarriage of justice occurred at trial as a result of the alleged errors set forth in his petition for habeas corpus relief.

**NOW FURTHER ANSWERING**

**1.**

The State admits that Petitioner was found guilty second degree murder in violation of La. R.S. 14:30.1

**2.**

The State denies that Petitioner's Application for Writ of Habeas Corpus is timely filed.

**3.**

The State admits that Petitioner has exhausted his claims in state court prior to filing for federal habeas relief.

**4.**

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by petitioner, Rondy Vernon, Sr., are denied.

**5.**

Defendant herein further adopts and incorporates the legal authority set forth in the Memorandum of Authorities in Support of Answer to the Application for Writ of Habeas Corpus by State Prisoner.

**6.**

Defendant submits the record of petitioner's proceedings filed simultaneously with this answer and memorandum. The record is sufficient to consider the issues presented herein and no federal evidentiary hearing is required.

WHEREFORE, defendant prays this Answer be deemed good and sufficient and after due proceedings are had that there be Judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

Respectfully Submitted,

"/s/" Patricia Nalley Bowers

_____

PATRICIA NALLEY BOWERS

        Louisiana Bar Roll Number 3341
        Special Counsel
        District Attorney of Washington parish
        Bowers & Bowers
        201 St. Charles Avenue
        Suite 2505
        New Orleans, LA 70170
        (504) 522-3340
        bowersfirm@hotmail.com

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the forgoing has been served on the opposing party herein:

Rondy Vernon, Sr.
93669
Camp C Wolf-2
General Delivery
Louisiana State Penitentiary
Angola, Louisiana 70712

By placing same in the United States mail, postage prepaid this 13th day of February 2008 and electronically filing with the clerk of court.

        "/s/" Patricia Nalley Bowers
        _____
        Patricia Nalley Bowers