UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONDY VERNON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-7608** |
| **BURL CAIN (WARDEN) LA. STATE PENITENTIARY** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rondy Vernon, Sr.'s petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

July 28, 2011

_____
UNITED STATES DISTRICT JUDGE