## IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-30686

07-CV-7608 A

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG - 7 2012
LORETTA G. WHYTE
CLERK

In re: RONDY VERNON, SR.,

    Movant

---

Authorization to file Successive Habeas Corpus Petition

---

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is denied for failure to comply with this Court's notice of June 27, 2012.

                         LYLE W. CAYCE
                         Clerk of the United States Court
                         of Appeals for the Fifth Circuit

By: _____
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

RECEIVED
AUG - 7 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 06, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30686,  In re: Rondy Vernon
        USDC No. 2:07-CV-7608

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: Dawn D. Victoriano
                      Dawn D. Victoriano, Deputy Clerk
                      504-310-7717

cc w/encl:
    Mr. Rondy Vernon Sr.